# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC,<br>          Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 23-10047 (LSS) |
| PETER KRAVITZ SOLELY IN HIS CAPACITY AS LITIGATION TRUSTEE,<br>          Plaintiff,<br>v.<br>RICHARD GODFREY, SUSAN GODFREY, TODD GENTRY, SUSAN GENTRY, ROBERT C. HUNTER, LISA HUNTER, YERF-DOG GENEVA 444 LLC, BRANDON WHITE, MCCLINTOCK UNIVERSITY INVESTMENT PARTNERS LLC, AND JOHN DOE,<br>          Defendants. | Adv. Pro. No. 24-50017 (LSS) |

## PLAINTIFF'S NOTICE OF DEPOSITION OF LISA HUNTER

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable to this proceeding by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, and in connection the above-captioned adversary proceeding, Plaintiff Peter Kravitz, solely in his representative capacity as trustee of the litigation trust established in connection with the *Debtors' Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 463] filed by Performance Powersports Group, Inc., f/k/a Rich Godfrey & Associates Inc. d/b/a Coleman Powersports, Performance Powersports Group Investor, LLC, Performance Powersports Group Holdings, Inc. and Performance Powersports Group Purchaser, Inc., by and through his attorneys, will upon oral examination take the deposition (the "Deposition") of Lisa Hunter.

2

**PLEASE TAKE FURTHER NOTICE** that the Deposition will be taken before a notary public or other person authorized to administer oaths under Federal Rule 28 on **March 14, 2025 at 12:00 p.m.** (**Eastern Standard Time**), or such date and time as the parties will agree upon, by remote deposition means, or at a mutually convenient time and place determined by the parties. The testimony at the Deposition may be recorded by stenographic means. Some or all of the exhibits may be provided to the witness in electronic form and the screen showing the exhibits to the witness will be recorded by audiotape and/or videotape.

[*Remainder of this page intentionally left blank*]

| | |
|---|---|
| Dated:  February 28, 2025<br>        Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ G. David Dean*<br>G. David Dean (No. 6403)<br>Justin R. Alberto (No. 5126)<br>Stacy L. Newman (No. 5044)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: ddean@coleschotz.com<br>        jalberto@coleschotz.com<br>        snewman@coleschotz.com<br><br>- and –<br><br>Seth Van Aalten, Esq.<br>Sarah A. Carnes, Esq.<br>Julie Aberasturi, Esq.<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone: (212) 752-8000<br>Facsimile: (212) 752-8393<br>Email: svanaalten@coleschotz.com<br>        scarnes@coleschotz.com<br>        jaberasturi@coleschotz.com<br><br>*Counsel for Plaintiff Peter Kravitz, solely in his capacity as Litigation Trustee* |

**CERTIFICATE OF SERVICE**

      I certify that on February 28, 2025, a true and correct copy of the foregoing *Plaintiff's Notice of Deposition of Lisa Hunter* was served on all counsel of record who have appeared in this adversary proceeding via electronic mail as follows:

| | |
|---|---|
| Donald J. Detweiler, Esq.<br>Matthew P. Ward, Esq.<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>don.detweiler@wbd-us.com<br>matthew.ward@wbd-us.com | Peter J. Barrett, Esq.<br>Jeremy S. Williams, Esq.<br>Tim S. Baird, Esq.<br>Jasmin Chigbrow, Esq.<br>KUTAK ROCK LLP<br>901 East Byrd Street, Suite 1000<br>Richmond, VA 23219<br>peter.barrett@kutakrock.com<br>jeremy.williams@kutakrock.com<br>tim.baird@kutakrock.com<br>jasmin.chigbrow@kutakrock.com |

Dated: February 28, 2025
      Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
G. David Dean
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: ddean@coleschotz.com

*Counsel for Plaintiff Peter Kravitz, solely in his capacity as Litigation Trustee*