# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERFORMANCE POWERSPORTS GROUP INVESTOR, LLC, *et al.*,[1] | Case No. 23-10047 (LSS) |
| Debtors. | (Jointly Administered) |
| PETER KRAVITZ, SOLELY IN CAPACITY AS LITIGATION TRUSTEE, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 24-50017 (LSS) |
| RICHARD GODFREY, *et al.*, | |
| Defendants. | |

## NOTICE OF SERVICE OF DEFENDANTS' IDENTIFICATION OF EXPERT WITNESSES

**PLEASE TAKE NOTICE** that, on February 28, 2025, Defendants Richard Godfrey, Susan Godfrey, Todd Gentry, Susan Gentry, R. Christopher Hunter, Lisa Hunter, Brandon White, Yerf-Dog Geneva, LLC, and McClintock University Investment Partners LLC (collectively "Defendants"), by and through the undesigned counsel, caused a copy of *Defendants' Identification of Expert Witnesses* to be served upon the following via email.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Performance Powersports Group Investor, LLC (2068); Performance Powersports Group Holdings, Inc. (0823); Performance Powersports Group Purchaser, Inc. (1533); and Performance Powersports Group, Inc. (3380). The Debtors' headquarters and mailing address is: 1775 East University Drive, Tempe, Arizona 8528.

<div style="display: flex;">

COLE SCHOTZ P.C.
Julie A. Aberasturi
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
Email: jaberasturi@coleschotz.com

*Counsel for Plaintiff*

William E. Arnault
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
warnault@kirkland.com

*Counsel for Kinderhook Industries, LLC*

Dated: February 28, 2025
Wilmington, Delaware

</div>

COLE SCHOTZ P.C.
G. David Dean
Justin Alberto
Stacy L. Newman
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Email: ddean@coleschotz.com
jalberto@coleschotz.com
snewman@coleschotz.com

*Counsel for Plaintiff*

/s/ Donald J. Detweiler
**WOMBLE BOND DICKINSON (US) LLP**
Donald J. Detweiler (DE 3087)
Matthew P. Ward (DE 4471)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com
matthew.ward@wbd-us.com

and

**KUTAK ROCK LLP**
Peter J. Barrett (admitted *pro hac vice*)
Jeremy S. Williams (admitted *pro hac vice*)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile:  (804) 783-6192
Email: peter.barrett@kutakrock.com
jeremy.williams@kutakrock.com

*Counsel for the Defendants*

2